DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RESHAE BERNARD GREEN a/k/a
RESHEA BERNARD GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2660

_____

February 23, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Reshae Bernard Green a/k/a Reshea Bernard Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.